UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| MARCEL WHITE | * | CIVIL ACTION |
| --- | --- | --- |
| VERSUS | * | NO. 25-73 |
| ARTISAN & TRUCKERS CASUALTY COMPANY, ET AL. | * | SECTION "O" (2) |

## ORDER AND REASONS

Defendant Progressive Northern Insurance Company's Motion to Compel Answers to Interrogatories and Requests for Production (ECF No. 12) is pending before me in this matter. The motion was scheduled for submission on Wednesday, June 11, 2025. As of this date, Plaintiff has not filed an Opposition Memorandum, and the deadline for same expired on Tuesday, June 3, 2025. *See* E.D. La. L.R. 7.5.

Defendant issued discovery on January 8, 2025, and despite repeated requests, no responses have been provided. ECF Nos. 12-2, 12-3, 12-4.

Having considered the record, the written submissions of counsel, the lack of Opposition Memoranda, the applicable law, and finding that the motion has merit,

IT IS ORDERED that the Motion to Compel is GRANTED. This Order reserves to Defendant the right to file an appropriate motion, with supporting documentation, to recover fees and costs in incurred in filing the motion in accordance with Fed. R. Civ. P. 37(a)(5).

IT IS FURTHER ORDERED that, within 14 days, Plaintiff must provide full and complete responses to the discovery requests.

New Orleans, Louisiana, this __6th__ day of June, 2025.

DONNA PHILIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE